IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 09-sw-05069-KLM

IN THE MATTER OF THE SEARCH OF:

White 2000 Dodge 1500 Pickup Truck with
Shell Covering the Bed, Colorado License Plate
371-SPN and VIN#: 3B7HF13Z0YG145385

## ORDER TO SEAL

The Court has for consideration the government's Motion to Seal wherein the government asks this Court to seal the Application and Affidavit for Search and Seizure Warrant that was filed in this case, with the exception of law enforcement authorities. Upon consideration,

IT IS ORDERED that the the Application and Affidavit for Search and Seizure Warrant that was filed in this case is hereby sealed, with the exception of law enforcement authorities, until further order of this Court.

IT IS SO ORDERED on this 1ST day of March, 2010.

KRISTEN L. MIX
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO